**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-1169**

GEORGE OSAM PINANKO; STELLA OPOKU,

        Plaintiffs - Appellants,

    v.

JANET NAPOLITANO, Secretary, Department of Homeland
Security; ALEJANDRO MAYORKAS, Director, U.S. Citizenship and
Immigration Services; SARAH TAYLOR, Director, Washington
District Office, U.S. Citizenship and Immigration Services,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Leonie M. Brinkema,
District Judge. (1:10-cv-01138-LMB-TRJ)

Submitted: October 12, 2011     Decided: October 21, 2011

Before AGEE, DAVIS, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Randall L. Johnson, JOHNSON & ASSOCIATES, P.C., Arlington,
Virginia, for Appellant. Neil H. MacBride, United States
Attorney, Anna E. Cross, Assistant United States Attorney,
Alexandria, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

George Osam Pinanko and Stella Opoku appeal the district court's order dismissing with prejudice their Petition for Writ of Mandamus or for Review of Agency Action under the Administrative Procedure Act. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Pinanko v. Napolitano, No. 1:10-cv-01138-LMB-TRJ (E.D. Va. Jan. 7, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED